# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| CHARLES C. FREENY III, BRYAN E. FREENY, and JAMES P. FREENY<br><br>Plaintiffs,<br><br>v.<br><br>BLACKBERRY LIMITED and BLACKBERRY CORPORATION,<br><br>Defendants. | CASE NO. 2:14-cv-00747-JRG-RSP<br><br>CONSOLIDATED |
| KYOCERA COMMUNICATIONS, INC. | Case No. 2:13-CV-00750-JRG |

## JOINT STIPULATION TO DISMISS KYOCERA COMMUNICATIONS, INC. WITHOUT PREJUDICE

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Charles C. Freeny III, Bryan E. Freeny, and James P. Freeny ("Freenys") and Defendant Kyocera Communications, Inc. ("Kyocera") hereby stipulate that all pending claims and counterclaims in the above-referenced action, including all claims by the Freenys against Kyocera, and all claims by Kyocera against the Freenys, are hereby dismissed without prejudice. Each party is to bear its own costs and fees.

Dated: November 14, 2014            Respectfully Submitted,

*/s/ Christopher D. Banys*_____

BANYS, P.C.
Christopher D. Banys   SBN: 230038 (California)
Richard C. Lin         SBN: 209233 (California)
Jennifer C. Lu         SBN: 255820 (California)

Banys, P.C.
2200 Geng Road, Suite 200
Palo Alto, CA 94303
Tel: (650) 308-8505
Fax: (650) 322-9103
cdb@banyspc.com
rcl@banyspc.com
jcl@banyspc.com

LOCAL COUNSEL:

WARD & SMITH LAW FIRM
Wesley Hill          SBN: 24032294
P.O. TCT 1231
1127 Judson Road, Suite 220
Longview, TX 75606-1231
(903) 757-6400
(903) 757-2323 (fax)
wh@wsfirm.com

**ATTORNEYS FOR PLAINTIFFS CHARLES C. FREENY III, BRYAN E. FREENY, AND JAMES P. FREENY**

*/s/ Jose L. Patiño*
Jose L. Patiño CA Bar No. 149568
Foley & Lardner LLP
3579 Valley Centre Drive, Suite 300
San Diego, CA 92130
858.847.6700
858.792.6773

**Attorneys for Defendant and Counter-Plaintiff KYOCERA COMMUNICATIONS, INC**

## CERTIFICATE OF SERVICE

I hereby certify that the attached Joint Stipulation To Dismiss Kyocera Communications, Inc. Without Prejudice is being served via the Court's CM/ECF system on November 14, 2014 on all counsel of record who consent to electronic service per Local Rule CV-5(a)(3).

*/s/ Georgia P. Golfinopoulos*
Georgia P. Golfinopoulos

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule CV-7(i), the undersigned certifies that counsel for Charles C. Freeny III, Bryan E. Freeny, and James P. Freeny has met and conferred with counsel for Kyocera Communications, Inc. regarding this Joint Stipulation To Dismiss Kyocera Communications, Inc. Without Prejudice, and the Parties have agreed to the requested relief and to file the stipulation jointly.

/s/ *Christopher D. Banys*
Christopher D. Banys